Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Ste. 107
Anchorage, AK  99501
(907)279-3557
(907)279-3558 fax
steve@alaskalegaldefense.com

Attorney for Defendant

# United States District Court
## District of Alaska

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Dmitry Kudryn,<br><br>　　　　Defendant. | Case No. 3:18-cr-056-SLG<br><br>**Motion to Continue Imposition Of Sentence - Unopposed** |

　　　Dmitry Kudryn, accused, hereby moves this court to continue the imposition of sentence currently scheduled for Monday, November 5, 2018. The parties need additional time to prepare for sentencing. Among other matters, the analysis of intended loss in this case will be more complex than usual and the parties are addressing this issue in the draft pre-sentence report. Further, Mr. Kudryn is gathering evidence in anticipation of sentence and that process is taking longer than expected.

　　　For the reasons listed, the government does not oppose this request.

DATED this 13th day of October, 2018, at Anchorage, Alaska.

                                              Steven M. Wells, PC
                                              Attorneys for Defendant

                                  By:    _/s/ Steven M. Wells_____
                                              Steven M. Wells
                                              ABA #0010066

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served **electronically** this 13th day of October, 2018 on:

All Parties of Record

_/s/ Steven M. Wells _____.
Steven M. Wells, PC

*United States v. Dmitry Kudryn*
Case No. 3:18-cr-056-SLG
Motion to Continue Imposition of Sentence
Page 2 of 2