# In the United States District Court
## District of Alaska

| | |
|---|---|
| United States of America,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>Dmitry Kudryn,<br><br>　　　Defendant. | Case No. 3:18-cr-056-SLG<br><br><br>Order Continuing Imposition Of Sentence |

　　For the reasons listed in defendant's motion and the government's non-opposition, the imposition of sentence is hereby re-scheduled to occur at : _____.

　　It Is So Ordered.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge/Magistrate
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　District of Alaska