# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DMITRY KUDRYN,<br><br>        Defendant. | Case No. 3:18-cr-00056-SLG-1 |

## SCHEDULING ORDER

A hearing to address the status of restitution and fine payments by Defendant shall be held on **December 18, 2020 at 2:00 p.m.** in Anchorage Courtroom 2.

No later than 7 days prior to the hearing, the probation officer assigned to this case shall file a status report. The report shall provide an update on Mr. Kudryn's payments of the restitution and fine, as well as a summary of Defendant's gross monthly income for September, October, and November, 2020. *See* Docket 109 at 7.

DATED this 24th day of September, 2020 at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE